**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00259-NYW-CYC

ACTIVATE GAMES INC.,

Plaintiff,

v.

SQUARE ENTERTAINMENT LLC,

Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Square Entertainment LLC

Steven J. Miller will remain counsel of record for Square Entertainment LLC.

DATED at Apache Junction, Arizona this 26th day of March, 2025.

s/ *Jeffrey W. Johnson*

Schmeiser, Olsen & Watts, LLP
18 E. University Drive
Suite 101
Mesa, AZ 85201
(480) 655-0073
jjohnson@iplawusa.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Scott J. Pivnick
E-mail: Scott.Pivnick@alston.com
Attorney for Plaintiff Activate Games, Inc.

*s/Steven Adams/*