**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00259 -NYW-CMC

ACTIVATE GAMES INC.,

*Plaintiff*,

v.

SQUARE ENTERTAINMENT LLC,

*Defendant*.

---

**NOTICE OF CHANE OF ADDRESS FOR ATTORNEY JEFFREY JOHNSON**

---

Defendant hereby notifies the Court that the firm name, business address, email address, and telephone number of attorney Jeffrey W. Johnson have changed.

Old address:

Schmeiser, Olsen & Watts, LLP

18 E. University Drive, Suite 100

Mesa, Arizona 85201

New address:

SCHMITT SCHNECK EVEN & WILLIAMS, P.C.

1221 East Osborn Road, Suite 105

Phoenix, AZ 85014-5540

Old email: jjohnson@iplawusa.com

New email: JeffJohnson@azbarristers.com

Old phone: (480) 655-0073

New phone: (602) 277-7000

Steven J. Miller will remain counsel of record for Square Entertainment LLC.

Dated: November 9, 2026

*/s/ Jeffrey W. Johnson*
Jeffrey W. Johnson (AZ 024435)
Schmitt Schneck Even & Williams PC
1221 East Osborn Road
Suite 105
Phoenix, AZ 85014-5540
*Attorney for Square Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system which will send notification of such filing to following party /attorney by the method indicated.

Party Name: Plaintiff ACTIVATE GAMES INC.
How Served: CM/ECF Notification of Attorney
Party Attorney's Name:
Scott Jeffrey Pivnick
Alston and Bird LLP
950 F Street NW
Washington, DC 20004
202-239-3634
scott.pivnick@alston.com

*/s/ Jeffrey W. Johnson* *November 9, 2026*
Jeffrey W. Johnson (AZ 024435)